IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN J. COLL, III<br><br>　　　　　Plaintiff,<br>v.<br><br>IM PRACTICES, INC. d/b/a JOMSON STAFFING SERVICES & RAVEN LOGISTICS<br>　　　　　and<br>SAURABH AGARWAL<br><br>　　　　　Defendants. | No.: 19-12586 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff John Coll, III and counsel for Defendants IM Practices, Inc. and Raven Logistics that this matter shall be and is hereby dismissed with prejudice, with each party bearing its own fees and costs.

**KARPF, KARPF, & CERUTTI, P.C.**

/s/ Julia W. Clark

Julia W. Clark, Esq.
*Attorney for Plaintiff*

Dated: January 7, 2020

**CHARTWELL LAW**

/s/ Jonathan P. Spadea

Jonathan P. Spadea, Esq.
*Attorneys for Defendants*

Dated: January 7, 2020

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
FREDA L. WOLFSON, U.S.D.J.  1-8-2020